UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:20-CV-00205-GNS-HBB

LATASHA JONES                                                                                          PLAINTIFF

v.

QP1, INC.                                                                                              DEFENDANT

## JUDGMENT

This matter having come before the Court on Defendant's Motion for Summary Judgment (DN 24), and the Court on this date having issued its Memorandum Opinion and Order granting the motion.

**IT IS HEREBY ORDERED** that judgment be entered in favor of Defendant QP1, Inc. consistent with the Court's Memorandum Opinion and Order.

This is a final and appealable order.

Greg N. Stivers, Chief Judge
United States District Court

January 11, 2023

cc:   counsel of record